IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| NORTH COLLIN SPECIAL UTILITY DISTRICT,<br><br>　　Plaintiff,<br><br>vs.<br><br>PETER LAKE, in his official capacity as Commissioner of the Public Utility Commission of Texas, WILL MCADAMS, in his official capacity as Commissioner of the Public Utility Commission of Texas, LORI COBOS in her official capacity as Commissioner of the Public Utility Commission of Texas, THOMAS GLEESON in his official capacity as Executive Director of the Public Utility Commission of Texas, MERITAGE HOMES OF TEXAS, LLC, a limited liability company,<br><br>　　Defendants. | NO. 1:21-CV-807-DAE |

## ORDER ADMINISTRATIVELY CLOSING CASE

The matter before the Court is the status of this case. On January 26, 2024, the Court issued an Order staying all deadlines in this case pending the outcome of <u>North Collin Special Utility District v. City of Princeton, Texas</u>, Civil Action No. 4:23- cv-2-ALM-KPJ, pending in the Eastern District of Texas. (Dkt.

# 110.)  The Court ordered the parties to file a status report within fourteen days of the disposition of this Eastern District case, informing the Court of the outcome of that case.

Given the nature of the proceedings at this stage of the case, upon review, the Court finds that an administrative closure of the case is appropriate at this time.  An administrative closure is "a postponement of proceedings," rather than "a termination."  S. La. Cement, Inc. v. Van Aalst Bulk Handling, B.V., 383 F.3d 297, 302 (5th Cir. 2004).  A case that is administratively closed "may be reopened upon request of the parties or on the court's own motion."  Mire v. Full Spectrum Landing, Inc., 389 F.3d 163, 167 (5th Cir. 2004).

The Clerk's office is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case pending further order of the Court.  Though administratively closed, this case will remain on the docket of this Court and may be reopened upon request of any party or on the Court's own motion.

**IT IS SO ORDERED**.

DATED: Austin, Texas, August 16, 2024.

_____
David Alan Ezra
Senior United States District Judge